UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 AUG 16 AM 9: 37

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO HERNANDEZ ARIAS,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2010CR2487-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_　　the Court has dismissed the case for unnecessary delay; or

_　　the Court has granted the motion of the Government for dismissal; or

_　　the Court has granted the motion of the defendant for a judgment of acquittal; or

_　　a jury has been waived, and the Court has found the defendant not guilty; or

_　　the jury has returned its verdict, finding the defendant not guilty;

X　　of the offense(s) of: 8 USC 1326 Deported alien found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 13, 2010

　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED ON _____